David W. Evans (Bar No. 79466)
Nairi Chakalian (Bar No. 212976)
HAIGHT BROWN & BONESTEEL LLP
71 Stevenson Street, 20th Floor
San Francisco, California 94105-2981
Telephone: 415.546.7500
Facsimile: 415.546.7505

Attorneys for Defendants Bart Y. Lau, Trustee; Jindart Lau, Trustee; Benjamin C.K. Lau, Trustee; Francis T.H. Lau, Trustee; Joanne M.H. Lau, Trustee; Gary T.Y. Lau, Trustee; Linda C. Lau, Trustee; Lawrence Y.K. Lau, Trustee; Amy L. Ko Lau, Trustee; Sabina W.M., Trustee of The Sabina Wai Mai Lau Revocable Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES JANKEY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES; HELPING YOU HELP OTHERS; a California public benefit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>BART Y. LAU, TRUSTEE; JINDART LAU, TRUSTEE; BENJAMIN C.K. LAU, TRUSTEE; FRANCIS T.H. LAU, TRUSTEE; JOANNE M.H. LAU, TRUSTEE; GARY T.Y. LAU, TRUSTEE; LINDA C. LAU, TRUSTEE; LAWRENCE Y.K. LAU, TRUSTEE; AMY L. KO LAU, TRUSTEE; SABINA W.M., TRUSTEE OF THE SABINA WAI MAI LAU REVOCABLE TRUST DATED JUNE 20, 1995, a.k.a. AMISHA INDIAN CUISINE,<br><br>Defendants. | Case No. CV 09-2056 WDB<br><br>**ANSWER TO COMPLAINT**<br><br>Complaint Filed: May 11, 2009 |

**COMES NOW**, Defendants Bart Y. Lau, Trustee; Jindart Lau, Trustee; Benjamin C.K. Lau, Trustee; Francis T.H. Lau, Trustee; Joanne M.H. Lau, Trustee; Gary T.Y. Lau, Trustee; Linda C. Lau, Trustee; Lawrence Y.K. Lau, Trustee; Amy L. Ko Lau, Trustee; Sabina W.M., Trustee of The Sabina Wai Mai Lau Revocable Trust (collectively "Defendants"), and in responding to plaintiffs' ("Plaintiffs") complaint herein, admit, deny

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

DH06-0000020
3560347.1

1

Case No. CV 09-2056 WDB
ANSWER TO COMPLAINT

and allege as follows:

1. In response to Paragraph 1, Defendants lack sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, deny the allegations contained therein.

2. In response to Paragraph 2, Defendants deny the allegations contained within this paragraph.

3. In response to Paragraph 3, Defendants admits the allegations contained within this paragraph.

4. In response to Paragraph 4, Defendants admit the allegations contained within this paragraph.

5. In response to Paragraph 5, Defendants lack sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, deny the allegations contained therein.

6. In response to Paragraph 6, Defendants lack sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, deny the allegations contained therein.

7. In response to Paragraph 7, Defendants lack sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, deny the allegations contained therein.

8. In response to Paragraph 8, Defendants admit only that they have an ownership interest in said property. In all other respects, Defendants deny the allegations contained within this paragraph.

9. In response to Paragraph 9, Defendants admit only that they have an ownership interest in said property. In all other respects, Defendants deny the allegations contained within this paragraph.

10. In response to Paragraph 10, Defendants lack sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, deny the allegations contained therein.

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

DH06-0000020
3560347.1

2

Case No. CV 09-2056 WDB
ANSWER TO COMPLAINT

11. In response to Paragraph 11, Defendants admit that Amisha Indian Cuisine is a tenant at 1924 Irving Street, San Francisco, California. In all other respects, Defendants deny the allegations contained within this paragraph.

12. In response to Paragraph 12, Defendants lack sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, deny the allegations contained therein.

13. In response to Paragraph 13, Defendants deny the allegations contained within this paragraph.

14. In response to Paragraph 14, Defendants lack sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, deny the allegations contained therein.

15. In response to Paragraph 15, Defendants lack sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, deny the allegations contained therein.

16. In response to Paragraph 16, Defendants lack sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, deny the allegations contained therein.

17. In response to Paragraph 17, Defendants lack sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, deny the allegations contained therein.

18. In response to Paragraph 18, Defendants lack sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, deny the allegations contained therein.

19. In response to Paragraph 19, Defendants lack sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, deny the allegations contained therein.

20. In response to Paragraph 20, Defendants lack sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

DH06-0000020
3560347.1

3

Case No. CV 09-2056 WDB
ANSWER TO COMPLAINT

1  upon said lack of information and belief, deny the allegations contained therein.

2  21. In response to Paragraph 21, Defendants lack sufficient information and
3  belief to either admit or deny the allegations contained within this paragraph, and based
4  upon said lack of information and belief, deny the allegations contained therein.

5  22. In response to Paragraph 22, Defendants lack sufficient information and
6  belief to either admit or deny the allegations contained within this paragraph, and based
7  upon said lack of information and belief, deny the allegations contained therein.

8  23. In response to Paragraph 23, Defendants deny the allegations contained
9  within this paragraph.

10  24. In response to Paragraph 24, Defendants deny the allegations contained
11  within this paragraph.

12  25. In response to Paragraph 25, Defendants deny the allegations contained
13  within this paragraph.

14  26. In response to Paragraph 26, Defendants deny the allegations contained
15  within this paragraph.

16  27. In response to Paragraph 27, Defendants deny the allegations contained
17  within this paragraph.

18  28. In response to Paragraph 28, Defendants lack sufficient information and
19  belief to either admit or deny the allegations contained within this paragraph, and based
20  upon said lack of information and belief, deny the allegations contained therein.

21  29. In response to Paragraph 29, Defendants deny the allegations contained
22  within this paragraph.

23  30. In response to Paragraph 30, Defendants deny the allegations contained
24  within this paragraph.

25  31. In response to Paragraph 31, Defendants deny the allegations contained
26  within this paragraph.

27  32. In response to Paragraph 32, Defendants deny they personally operate the
28  restaurant. As to the remaining allegations contained within this paragraph, Defendants

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

DH06-0000020
3560347.1

4

Case No. CV 09-2056 WDB
ANSWER TO COMPLAINT

lack sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, deny the allegations contained therein.

33. In response to Paragraph 33, Defendants lack sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, deny the allegations contained therein.

34. In response to Paragraph 34, Defendants deny the allegations contained within this paragraph.

35. In response to Paragraph 35, Defendants deny the allegations contained within this paragraph.

36. In response to Paragraph 36, Defendants deny the allegations contained within this paragraph.

37. In response to Paragraph 37, Defendants deny the allegations contained within this paragraph.

38. In response to Paragraph 38, Defendants deny the allegations contained within this paragraph.

39. In response to Paragraph 39, Defendants lack sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, deny the allegations contained therein.

40. In response to Paragraph 40, Defendants replead and incorporate by reference, as if fully set forth again herein, the responses contained in Paragraphs 1 through 39 of this answer.

41. In response to Paragraph 41, Defendants lack sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, deny the allegations contained therein.

42. In response to Paragraph 42, Defendants lack sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, deny the allegations contained therein.

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

DH06-0000020
3560347.1

5

Case No. CV 09-2056 WDB
ANSWER TO COMPLAINT

43. In response to Paragraph 43, Defendants lack sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, deny the allegations contained therein.

44. In response to Paragraph 44, Defendants lack sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, deny the allegations contained therein.

45. In response to Paragraph 45, Defendants admit that there are certain specific prohibitions against discrimination in the United States Code. Defendants deny the allegations contained within Paragraph 45, starting on page 16, lines 6 through 9.

46. In response to Paragraph 46, Defendants deny the allegations contained within this paragraph.

47. In response to Paragraph 47, Defendants deny the allegations contained within this paragraph.

48. In response to Paragraph 48, Defendants deny the allegations contained within this paragraph.

49. In response to Paragraph 49, Defendants deny the allegations contained within this paragraph.

50. In response to Paragraph 50, Defendants deny the allegations contained within this paragraph.

51. In response to Paragraph 51, Defendants lack sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, deny the allegations contained therein.

52. In response to Paragraph 52, Defendants replead and incorporate by reference, as if fully set forth again herein, the responses contained in Paragraphs 1 through 51 of this answer.

53. In response to Paragraph 53, Defendants lack sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, deny the allegations contained therein.

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

DH06-0000020
3560347.1

6

Case No. CV 09-2056 WDB
ANSWER TO COMPLAINT

54. In response to Paragraph 54, Defendants lack sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, deny the allegations contained therein.

55. In response to Paragraph 55, Defendants lack sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, deny the allegations contained therein.

56. In response to Paragraph 56, Defendants deny the allegations contained within this paragraph.

57. In response to Paragraph 57, Defendants deny the allegations contained within this paragraph.

58. In response to Paragraph 58, Defendants deny the allegations contained within this paragraph.

59. In response to Paragraph 59, Defendants deny the allegations contained within this paragraph.

60. In response to Paragraph 60, Defendants deny the allegations contained within this paragraph.

61. In response to Paragraph 61, Defendants deny the allegations contained within this paragraph.

62. In response to Paragraph 62, this responding Defendant repleads and incorporates by reference, as if fully set forth again herein, the responses contained in Paragraphs 1 through 61 of this answer.

63. In response to Paragraph 63, Defendants lack sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, deny the allegations contained therein.

64. In response to Paragraph 64, Defendants lack sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, deny the allegations contained therein.

/ / /

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

DH06-0000020
3560347.1

7

Case No. CV 09-2056 WDB
ANSWER TO COMPLAINT

65. In response to Paragraph 65, Defendants lack sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, deny the allegations contained therein.

66. In response to Paragraph 66, Defendants lack sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, deny the allegations contained therein.

67. In response to Paragraph 67, Defendants deny the allegations contained within this paragraph.

68. In response to Paragraph 68, Defendants deny the allegations contained within this paragraph.

69. In response to Paragraph 69, Defendants lack sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, deny the allegations contained therein.

70. In response to Paragraph 70, this responding Defendant repleads and incorporates by reference, as if fully set forth again herein, the responses contained in Paragraphs 1 through 69 of this answer.

71. In response to Paragraph 71, Defendants deny the allegations contained within this paragraph.

72. In response to Paragraph 72, Defendants deny the allegations contained within this paragraph.

73. In response to Paragraph 73, Defendants deny the allegations contained within this paragraph.

74. In response to Paragraph 74, Defendants deny the allegations contained within this paragraph.

75. In response to Paragraph 75, Defendants deny the allegations contained within this paragraph.

///
///

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
San Francisco

DH06-0000020
3560347.1

8

Case No. CV 09-2056 WDB
ANSWER TO COMPLAINT

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

76. Plaintiffs' Complaint fails to state a claim against Defendants upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

77. The Complaint on file herein, and each purported claim for relief stated therein, is barred by the applicable statutes of limitation of the State of California, including but not limited to California *Code of Civil Procedure* Sections 338 and 340, and California Business and Professions Code Section 17208.

### THIRD AFFIRMATIVE DEFENSE

78. Plaintiffs have failed to mitigate their damages and injuries, if any, and such failure to mitigate their proximately caused the alleged damages and injuries, if any.

### FOURTH AFFIRMATIVE DEFENSE

79. Plaintiffs, in connection with any and all of the transactions or allegations which are the subject of their Complaint on file herein, have not suffered and will not suffer any damages by reason of the alleged acts or omissions of Defendants, and therefore Plaintiffs have no valid claims against Defendants.

### FIFTH AFFIRMATIVE DEFENSE

80. All events, happenings, injuries, and damages referred to in Plaintiffs' Complaint on file herein, were proximately caused by the negligence and/or fault of plaintiffs and/or other firms, persons, corporations, or entities other than Defendants, or over whom Defendants exercised no jurisdiction or control, and for whose conduct Defendants are not responsible or liable; therefore, if there is found to be any fault on the part of Defendants which in any manner or degree contributed to Plaintiffs' alleged injuries and damages, if any, a finding should be made apportioning and affixing the comparative fault of any and all such persons or parties, whether named in this action or otherwise.

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

DH06-0000020
3560347.1

9

Case No. CV 09-2056 WDB
ANSWER TO COMPLAINT

## SIXTH AFFIRMATIVE DEFENSE

81. The claims for relief alleged in Plaintiffs' Complaint on file herein are barred by reason of the fact that Plaintiffs, upon being fully informed of the acts and events of which they now complain, ratified and affirmed all conduct with respect to those acts and events, and therefore, Plaintiffs have waived all such claims and are estopped from asserting the same against Defendants.

## SEVENTH AFFIRMATIVE DEFENSE

82. Plaintiffs are barred from recovery herein by reason of the fact that Plaintiffs voluntarily and knowingly entered into and engaged in the transactions and conduct alleged in the Complaint on file herein and voluntarily and knowingly assumed all risk relating to said transactions and conduct at the times and places mentioned in the Complaint on file herein and prior thereto.

## EIGHTH AFFIRMATIVE DEFENSE

83. Defendants allege, upon information and belief, that any act or omission on their part made the basis of any purported claim, was excused as it would have fundamentally altered the nature of the services offered at 1924 Irving Street, San Francisco, California.

## NINTH AFFIRMATIVE DEFENSE

84. Defendants allege, upon information and belief, that any act or omission on their part made the basis of any purported claim, was excused as the removal of the barriers described herein, if any, was not readily achievable.

## TENTH AFFIRMATIVE DEFENSE

85. Defendants allege, upon information and belief, that any act or omission on their part made a basis of any purported claim, was excused as a result of structural impracticability.

## ELEVENTH AFFIRMATIVE DEFENSE

86. Defendants allege, on information and belief, that some or all of Plaintiffs' claims may be barred, in whole or in part, by the doctrines of *laches*, waiver, estoppel,

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

DH06-0000020
3560347.1

10

Case No. CV 09-2056 WDB
ANSWER TO COMPLAINT

1 unclean hands, or other equitable doctrines.

## TWELFTH AFFIRMATIVE DEFENSE

87. Plaintiffs are barred from recovery by reason that, at all times indicated in the Complaint on file herein, Defendants provided reasonable accommodations to handicapped individuals and exercised due diligence in their acts and activities.

## THIRTEENTH AFFIRMATIVE DEFENSE

88. Defendants allege, upon information and belief, that given the work requested by Plaintiffs, Defendants' conduct was excused as a result of the undue burden of constructing the requested work at 1924 Irving Street, San Francisco, California.

## FOURTEENTH AFFIRMATIVE DEFENSE

89. Defendants allege, upon information and belief, that the Complaint on file herein is improperly pled, in that it is more properly brought as a class action lawsuit, not as an individual action.

## FIFTEENTH AFFIRMATIVE DEFENSE

90. Defendants allege, upon information and belief, that Plaintiffs are not the proper representatives to represent the interests of the general public or those of the disabled public.

## SIXTEENTH AFFIRMATIVE DEFENSE

91. Plaintiffs are barred from recovery by reason of the fact that they improperly seek monetary damages and are seeking fluid fund recovery in violation of the law.

## SEVENTEENTH AFFIRMATIVE DEFENSE

92. Plaintiffs are barred from recovery of attorneys' fees as they are not a proper form of relief in this action as Plaintiffs are not acting in the interests of, or on behalf of, any public interest group.

///
///
///
///

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

DH06-0000020
3560347.1

11

Case No. CV 09-2056 WDB
ANSWER TO COMPLAINT

**WHEREFORE**, Defendants request that the Court enter a judgment:

a) Dismissing Plaintiffs' Complaint against Defendants with prejudice;

b) Declaring that Defendants have no obligation to perform additional work at 1924 Irving Street, San Francisco, California;

c) Awarding Defendants their attorneys' fees, costs and disbursements; and awarding such other and further relief to Defendants as the Court deems just, equitable and proper.

Dated: July 6, 2009                                HAIGHT BROWN & BONESTEEL LLP

By: *Nairi Chakalian*
Nairi Chakalian
Attorneys for Defendants

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

DH06-0000020
3560347.1

12

Case No. CV 09-2056 WDB
ANSWER TO COMPLAINT

## DEMAND FOR JURY TRIAL

Defendants Bart Y. Lau, Trustee; Jindart Lau, Trustee; Benjamin C.K. Lau, Trustee; Francis T.H. Lau, Trustee; Joanne M.H. Lau, Trustee; Gary T.Y. Lau, Trustee; Linda C. Lau, Trustee; Lawrence Y.K. Lau, Trustee; Amy L. Ko Lau, Trustee; Sabina W.M., Trustee of The Sabina Wai Mai Lau Revocable Trust Dated demand trial by jury.

Dated: July 6, 2009

HAIGHT BROWN & BONESTEEL LLP

By: *Nairi Chakalian*

David W. Evans
Nairi Chakalian
Attorneys for Defendants

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

DH06-0000020
3560347.1

13

Case No. CV 09-2056 WDB
ANSWER TO COMPLAINT