THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:     415/674-8600
Facsimile:     415/674-9900

Attorneys for Plaintiffs LES JANKEY
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES JANKEY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>BART Y. LAU, TRUSTEE; JINDART LAU, TRUSTEE; BENJAMIN C.K. LAU, TRUSTEE; FRANCIS T. H. LAU, TRUSTEE; JOANNE M.H. LAU, TRUSTEE; GARY T.Y. LAU, TRUSTEE; LINDA C. LAU, TRUSTEE; LAWRENCE Y. K. LAU, TRUSTEE; AMY L. KO LAU, TRUSTEE; SABINA W.M., TRUSTEE OF THE SABINA WAI MAI LAU REVOCABLE TRUST DATED JUNE 20,1995, a.k.a. AMISHA INDIAN CUISINE)<br><br>        Defendants. | **CASE NO. CV-09-2056-WDB**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION** |

1  Plaintiffs LES JANKEY and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION,

2  SERVICES: HELPING YOU HELP OTHERS; and defendants BART Y. LAU, TRUSTEE;

3  JINDART LAU, TRUSTEE; BENJAMIN C.K. LAU, TRUSTEE; FRANCIS T. H. LAU,

4  TRUSTEE; JOANNE M.H. LAU, TRUSTEE; GARY T.Y. LAU, TRUSTEE; LINDA C. LAU,

5  TRUSTEE; LAWRENCE Y. K. LAU, TRUSTEE; AMY L. KO LAU, TRUSTEE; SABINA

6  W.M., TRUSTEE OF THE SABINA WAI MAI LAU REVOCABLE TRUST DATED JUNE

7  20,1995, by and through their respective counsel, respectfully request and stipulate, as follows:

8      1.    **WHEREAS**, defendants BART Y. LAU, TRUSTEE; JINDART LAU,

9  TRUSTEE; BENJAMIN C.K. LAU, TRUSTEE; FRANCIS T. H. LAU, TRUSTEE; JOANNE

10  M.H. LAU, TRUSTEE; GARY T.Y. LAU, TRUSTEE; LINDA C. LAU, TRUSTEE;

11  LAWRENCE Y. K. LAU, TRUSTEE; AMY L. KO LAU, TRUSTEE; SABINA W.M.,

12  TRUSTEE OF THE SABINA WAI MAI LAU REVOCABLE TRUST DATED JUNE 20,1995

13  filed their answer to the complaint on July 6, 2009;

14      2.    **WHEREAS**, due calendering conflict, the parties are unable to conduct the joint

15  site inspection of the premises by August 19, 2009, as Ordered by General Order 56, ¶3,4.

16      3.    **WHEREAS**, plaintiffs' counsel Thomas E. Frankovich will be on medical leave

17  (surgery) from August 20 through August 28, 2009;

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    4.    **WHEREAS**, the parties, hereto agree, stipulate and respectfully request that the

2    last day for the parties and counsel to conduct the joint inspection of the premises be continued

3    up to and including September 21, 2009.

4                                          Respectfully submitted,

5

6    Dated: August 17, 2009                THOMAS E. FRANKOVICH,

7

8                                          By:_____/S/_____
                                              Thomas E. Frankovich
9                                          Attorney for Plaintiffs LES JANKEY and
                                           DISABILITY RIGHTS ENFORCEMENT,
10                                         EDUCATION SERVICES: HELPING YOU
                                           HELP OTHERS
11   Date: August 17, 2009                 ~~Nairi Chakalian, Esq.~~

12                                         Haight Brown & Bonesteel LLP

13

14                                         By: Nairi Chakalian
                                               Nairi Chakalian
15                                         Attorneys for Defendants BART Y. LAU,
                                           TRUSTEE; JINDART LAU, TRUSTEE;
16                                         BENJAMIN C.K. LAU, TRUSTEE; FRANCIS T.
                                           H. LAU, TRUSTEE; JOANNE M.H. LAU,
17                                         TRUSTEE; GARY T.Y. LAU, TRUSTEE; LINDA
                                           C. LAU, TRUSTEE; LAWRENCE Y. K. LAU,
18                                         TRUSTEE; AMY L. KO LAU, TRUSTEE;
                                           SABINA W.M., TRUSTEE OF THE SABINA
19                                         WAI MAI LAU REVOCABLE TRUST DATED
                                           JUNE 20,1995
20

21

22                                         **ORDER**

23       **IT IS SO ORDERED** that the last day for the parties and counsel to conduct the joint

24   inspection of the premises be continued up to and including September 21, 2009.

25

26   Dated: August 18, 2009             _____

27                                         ~~Honorable~~ Judge

28                                         Judge Wayne D. Brazil

STIPULATION AND [PROPOSED] ORDER CONTINUING THE DEADLINE FOR THE JOINT SITE INSPECTION        3