UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| LES JANKEY, *et al*.,<br><br>　　　　Plaintiffs,<br>　v.<br>BART Y LAU, *et al*.,<br>　　　　Defendants.<br>_____/ | No. C 09-02056 LB<br><br>**ORDER DIRECTING PARTIES TO FILE CONSENT/DECLINATION FORM** |

On May 14, 2010, the parties in this action filed a Stipulation for Dismissal and Proposed Order Thereon (Dkt. #12). Before the Court can approve the parties' Stipulation dismissing this action, the parties must consent to Magistrate Judge Beeler's jurisdiction. *See* 28 U.S.C. § 636(c). The Court therefore directs the parties to complete and file the attached form either consenting to or declining to consent to Judge Beeler's jurisdiction before May 28, 2010.

**IT IS SO ORDERED.**

Dated: May 20, 2010

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

C 09-02056
ORDER DIRECTING PARTIES TO FILE CONSENT/DECLINATION FORM

UNITED STATES DISTRICT COURT
For the Northern District of California

1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

### Northern District of California

#### Oakland Division

| | |
|---|---|
| FIELD(1), | No. C FIELD(3) LB |
| Plaintiff(s), | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| FIELD(2), | |
| Defendant(s). | |
| _____/ | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____     _____
                                    Signature

                                    Counsel for _____
                                    (Plaintiff, Defendant or indicate "pro se")

C 09-02056
ORDER DIRECTING PARTIES TO FILE CONSENT/DECLINATION FORM
2

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| FIELD(1), | No. C FIELD(3) LB |
| Plaintiff(s), | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| v. | **AND** |
| FIELD(2), | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| Defendant(s). _____/ | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____    Signature_____

Counsel for _____
(Plaintiff, Defendant, or indicate "pro se")

C 09-02056
ORDER DIRECTING PARTIES TO FILE CONSENT/DECLINATION FORM
3