1 | THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
2 | *A Professional Law Corporation*
4328 Redwood Hwy., Suite 300
3 | San Rafael, CA 94903
Telephone:     415/674-8600
4 | Facsimile:     415/674-9900

5 | Attorneys for Plaintiffs LES JANKEY
and DISABILITY RIGHTS ENFORCEMENT,
6 | EDUCATION SERVICES

7

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9

10 | LES JANKEY, an individual; and           )     **CASE NO. CV-09-2056-WDB**
DISABILITY RIGHTS ENFORCEMENT,             )
11 | EDUCATION, SERVICES: HELPING             )     **STIPULATION OF DISMISSAL AND**
YOU HELP OTHERS, a California public        )     ~~[PROPOSED]~~ **ORDER THEREON**
12 | benefit corporation,                     )
                                             )
13 |        Plaintiffs,                       )
                                             )
14 | v.                                       )
                                             )
15 | BART Y. LAU, TRUSTEE; JINDART           )
LAU, TRUSTEE; BENJAMIN C.K. LAU,            )
16 | TRUSTEE; FRANCIS T. H. LAU,             )
TRUSTEE; JOANNE M.H. LAU,                   )
17 | TRUSTEE; GARY T.Y. LAU, TRUSTEE;        )
LINDA C. LAU, TRUSTEE; LAWRENCE             )
18 | Y. K. LAU, TRUSTEE; AMY L. KO LAU,      )
TRUSTEE; SABINA W.M., TRUSTEE OF            )
19 | THE SABINA WAI MAI LAU                  )
REVOCABLE TRUST DATED JUNE                  )
20 | 20,1995, a.k.a. AMISHA INDIAN           )
CUISINE,                                    )
21 |                                          )
                                             )
____ | _____ Defendants,                   )
22 | _____)

23 | The parties, by and through their respective counsel, stipulate to dismissal of this action in its

24 | entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement

25 | Agreement and General Release ("Agreement") herein, each party is to bear its own costs and

26 | attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over

27

28

STIPULATION OF DISMISSAL AND ~~[PROPOSED]~~ ORDER THEREON

1  enforcement of the Agreement. *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994)

2  (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

3         Therefore, IT IS HEREBY STIPULATED by and between parties to this action through

4  their designated counsel that the above-captioned action be and hereby is dismissed with prejudice

5  pursuant to Federal Rules of Civil Procedure section 41(a)(1).

6         This stipulation may be executed in counterparts, all of which together shall constitute one

7  original document.

8

9  Dated: May 5, 2010                         THOMAS E. FRANKOVICH,

10                                            *A PROFESSIONAL LAW CORPORATION*

11

12                                            By: _____/S/_____
                                                    Thomas E. Frankovich
13                                            Attorneys for Plaintiffs PATRICK CONNALLY and
                                              DISABILITY RIGHTS ENFORCEMENT,
14                                            EDUCATION SERVICES

15

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

1    Dated: May 11 , 2010                          Haight Brown & Bonesteel LLP

2

3                                            By: Nairi C Paters

4                                                Nairi ~~Chakalian.~~ Paterson
                                             Attorneys for Defendants BART Y. LAU, TRUSTEE;
5                                            JINDART LAU, TRUSTEE; BENJAMIN C.K.
                                             LAU, TRUSTEE; FRANCIS T. H. LAU,
                                             TRUSTEE; JOANNE M.H. LAU, TRUSTEE;
6                                            GARY T.Y. LAU, TRUSTEE; LINDA C. LAU,
                                             TRUSTEE; LAWRENCE Y. K. LAU, TRUSTEE;
7                                            AMY L. KO LAU, TRUSTEE; SABINA W.M.,
                                             TRUSTEE OF THE SABINA WAI MAI LAU
8                                            REVOCABLE TRUST DATED JUNE 20,1995

9

10

11

12

13                                          **ORDER**

14          IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to

15   Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the

16   purpose of enforcing the parties' Settlement Agreement and General Release should such

17   enforcement be necessary.

18

19   DATED:  May 20 _____ , 2010

20                                            _____
                                             Honorable ~~Wayne D. Brazil~~ Laurel Beeler
21                                            United States District Judge

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL AND ~~[PROPOSED]~~ ORDER THEREON
                                                                                      -3-