1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiffs LES JANKEY
   and DISABILITY RIGHTS ENFORCEMENT,
6  EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES JANKEY, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>BART Y. LAU, TRUSTEE; JINDART LAU, TRUSTEE; BENJAMIN C.K. LAU, TRUSTEE; FRANCIS T. H. LAU, TRUSTEE; JOANNE M.H. LAU, TRUSTEE; GARY T.Y. LAU, TRUSTEE; LINDA C. LAU, TRUSTEE; LAWRENCE Y. K. LAU, TRUSTEE; AMY L. KO LAU, TRUSTEE; SABINA W.M., TRUSTEE OF THE SABINA WAI MAI LAU REVOCABLE TRUST DATED JUNE 20,1995, a.k.a. AMISHA INDIAN CUISINE,<br><br>    Defendants, | **CASE NO. CV-09-2056-WDB**<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

-2-

1  enforcement of the Agreement.  *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994)
2  (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).
3       Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
4  their designated counsel that the above-captioned action be and hereby is dismissed with prejudice
5  pursuant to Federal Rules of Civil Procedure section 41(a)(1).
6       This stipulation may be executed in counterparts, all of which together shall constitute one
7  original document.
8
9  Dated: May 5, 2010                    THOMAS E. FRANKOVICH,
10                                        *A PROFESSIONAL LAW CORPORATION*
11
12                                        By: _____/S/_____
13                                            Thomas E. Frankovich
                                              Attorneys for Plaintiffs PATRICK CONNALLY and
                                              DISABILITY RIGHTS ENFORCEMENT,
14                                            EDUCATION SERVICES
15
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

-2-

| | | |
|---|---|---|
| 1 | Dated: May 11, 2010 | Haight Brown & Bonesteel LLP |
| 2 | | |
| 3 | | By: /s/ Nairi C. Paterson |
| 4 | | Nairi ~~Chakalian~~ Paterson |
| | | Attorneys for Defendants BART Y. LAU, TRUSTEE; JINDART LAU, TRUSTEE; BENJAMIN C.K. LAU, TRUSTEE; FRANCIS T. H. LAU, TRUSTEE; JOANNE M.H. LAU, TRUSTEE; GARY T.Y. LAU, TRUSTEE; LINDA C. LAU, TRUSTEE; LAWRENCE Y. K. LAU, TRUSTEE; AMY L. KO LAU, TRUSTEE; SABINA W.M., TRUSTEE OF THE SABINA WAI MAI LAU REVOCABLE TRUST DATED JUNE 20, 1995 |

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

DATED: May 20, 2010

/s/ LB

Honorable ~~Wayne D. Brazil~~ Laurel Beeler
United States District Judge

STIPULATION OF DISMISSAL AND ~~[PROPOSED]~~ ORDER THEREON

-3-